The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, the STATE OF CALIFORNIA, and the STATE OF WASHINGTON, *ex rel.* SW SLEEP LLC,<br><br>Plaintiffs,<br><br>v.<br><br>INNOVATIVE SLEEP CENTERS, PLLC, et al.,<br><br>Defendants. | CASE NO. 19-CV-5604-RJB<br><br>**FILED UNDER SEAL**<br><br>[PROPOSED] ORDER |

The United States and plaintiff states (collectively, the "Governmental Entities") have filed an *ex parte* Application for an order: (1) extending the period, from March 1, 2023, to September 1, 2023, in which to notify the Court whether they intend to intervene in this *qui tam* lawsuit, and (2) partially lifting the seal in this case so that the Governmental Entities may, at their discretion, inform Defendants and other necessary parties of the existence of this *qui tam* action and provide Defendants, if warranted, with a copy of the Complaint and any future amended complaints. Such an extension of time is expressly contemplated by the False Claims Act, which provides that the United States "may, for good cause shown, move the Court for

[PROPOSED] ORDER - 1
CASE NO. 19-CV-5604-RJB
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

extensions of . . . time," 31 U.S.C. § 3730(b)(3), and by the relevant state false claims acts. The Court finds that the *ex parte* Application establishes good cause, and the Court is satisfied that a partial lifting of the seal is consistent with the seal provisions of the False Claims Act and may expedite the parties' attempts at resolution of this matter.

Accordingly, it is hereby ORDERED that the Governmental Entities' *ex parte* Application for a partial lifting of the seal shall be granted such that the Governmental Entities, in their discretion, may disclose the existence of this *qui tam* action and provide a copy of the Complaint and any future amended complaints to the Defendants and other necessary parties.

IT IS FURTHER ORDERED that the Governmental Entities shall have until September 1, 2023, to notify the Court of their decision whether or not to intervene in this *qui tam* action. The Clerk shall maintain the Complaint and other filings under seal for the duration of the investigation.

DATED this 2d day of March, 2023.

ROBERT J. BRYAN
United States District Judge

[PROPOSED] ORDER - 2
CASE NO. 19-CV-5604-RJB
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Presented by:

*Ashley B* (signature)
ASHLEY C BURNS, NYBA #5186382
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4067
E-mail: ashley.burns@usdoj.gov


*Ashley B on behalf of* (signature)
MATTHEW KUEHN, WSBA #30419
Assistant Attorney General
Office of the Attorney General of Washington State
Medicaid Fraud Control Division
On behalf of the States
P.O. Box 40114
Olympia, WA 98504-0124
Phone: 360-586-8888
E-mail: matthew.kuehn@atg.wa.gov

[PROPOSED] ORDER - 3
CASE NO. 19-CV-5604-RJB
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970